STEVEN B. PLESSER, CAL. BAR #161615
REICHEL, PLESSER, L.L.P.
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 498-9258

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO DORIANTE SANCHEZ REYNA,<br><br>Defendant. | CASE NO. 2:17-CR-00060-MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND MODIFYING SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT<br><br>DATE: August 2, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Defendant, by and through his counsel of record, hereby requests a continuance of his Judgment and Sentencing hearing, currently set for August 2, 2018, to September 6, 2018. The United States and the Probation Office have no objection to the requested continuance.

The parties hereby stipulate and request the Schedule for Disclosure of Pre-Sentence Report and for Filing of Objections to the Pre-Sentence report be modified as follows:

| | |
|---|---|
| Date of referral to Probation Officer: | 05/03/2018 |
| Judgment and sentencing date: | 09/06/2018 |
| Reply or statement of non-opposition: | 08/30/2018 |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 08/23/2018 |

STIPULATION REGARDING J&S        1

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | 08/16/2018 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 08/09/2018 |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | 07/26/2018 |

IT IS SO STIPULATED.

Dated: June 18, 2018

/s/ Steven B. Plesser
Steven B. Plesser
Attorney for Defendant
Sergio Soriante Sanchez Reyna

Dated: June 18, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ Amy Schuller Hitchcock
Amy Schuller Hitchcock
Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated: June 19, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE