**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**



MAY 0 5 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**M E M O R A N D U M**

| | |
|---|---|
| **Honorable Dale A. Drozd**<br>**United States District Judge**<br>**Sacramento, California** | **RE:  Sergio Doriante Sanchez Reyna**<br>**Docket Number:  2:17CR00060-3**<br>**<u>REQUEST TO RECALL WARRANT</u>** |

Your Honor:

On November 29, 2022, a Petition for Warrant or Summons for Person Under Supervision was filed for the above-named subject, who was being supervised by the probation office in the Northern District of California. Their probation office has now requested that the warrant be recalled as they have located Mr. Reyna, and he is participating in mental health services. Once the warrant has been recalled, they will be requesting a transfer of jurisdiction to the Northern District of California where Mr. Reyna has family ties and plans to live permanently. They will address any further violation conduct in their district.

| **Respectfully submitted,** | **Reviewed by,** |
|---|---|
| */s/ Wendy E. Reyes* | */s/ Shannon L. Morehouse* |
| **Wendy E. Reyes**<br>Sr. United States Probation Officer | **Shannon L. Morehouse**<br>Supervising United States Probation Officer |

Dated:  May 5, 2023
        Elk Grove, California
        WER/lr

1

RE: Sergio Doriante Sanchez Reyna
Docket Number: 2:17CR00060-3
**REQUEST TO RECALL WARRANT**

## ORDER OF THE COURT

**THE COURT ORDERS:**

☒ Approved ☐ Disapproved

_May 5, 2023_
**Date**

_/s/ Mendez_
for Dale A. Drozd
United States District Judge

Attachment

cc: Assistant United States Attorney: To Be Assigned

2

REV. 01/2021
CAE__MEMO__COURT (W ORDER)